# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 12-1375**  **September Term, 2013**

OSHC-10-1705

Filed On: November 12, 2013 [1465622]

Sea World of Florida, LLC,

    Petitioner

  v.

Thomas E. Perez, Secretary, United States Department of Labor,

    Respondent

    **BEFORE:** Chief Judge Garland and Circuit Judges Rogers and Kavanugh

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on November 12, 2013 10:17 a.m. at the Georgetown University Law Center. The cause was heard as case No. 2 of 2 and argued before the Court by:

  Eugene Scalia, counsel for Petitioner.

  Amy S. Tryon (DOL), counsel for Respondent.

                              FOR THE COURT:
                              Mark J. Langer, Clerk

        BY:   /s/
                Shana E. Thurman
                Deputy Clerk